

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of the Estate of
Esther Abell Denton, deceased,

No. 11-21-00194-CV

* From the County Court
  of Midland County,
  Trial Court No. P14779

* January 26, 2023

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Douglas A. Denton.